PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WILLIAM M NUESSE,<br><br>　　　　　　Defendant. | Case No. 5:22-po-00029-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

　　　The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  April 8, 2022　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　　/s/ Jeffrey A. Spivak
　　　　　　　　　　　　　　　　　　　　　　　JEFFREY A. SPIVAK
　　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: **April 11, 2022**

_____
UNITED STATES MAGISTRATE JUDGE